**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1073**

DAVID BETHEA,

             Plaintiff - Appellant,

       v.

BLANCHARD & JOHNSON TRANSPORTATION,

             Defendant – Appellee,

       and

DEPARTMENT OF LABOR,

             Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   R. Bryan Harwell, District Judge.
(4:07-cv-02257-RBH)

Submitted:  April 22, 2010          Decided:  April 27, 2010

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Bethea, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Bethea appeals the district court's orders accepting the recommendations of the magistrate judge and denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bethea v. Blanchard & Johnson Transp., No. 4:07-cv-02257-RBH (D.S.C. Aug. 25, 2008; Dec. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED